**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Christian Farias Zepeda,

Petitioner

v.

Warden/Facility Administrator of Nevada Southern Detention Center, et al.,

Respondents

Case No. 2:26-cv-02326-JAD-BNW

**Order Dismissing Case and Denying Pending Motions as Moot**

[ECF Nos. 4, 5, 6, 11, 12]

On July 30, 2026, petitioner Christian Farias Zepeda filed a habeas petition seeking his release from immigration detention, as well as a motion to expedite consideration of the petition and motions for a temporary restraining order and a preliminary injunction.[1] On August 17, 2026, the federal respondents moved to dismiss the petition and all pending motions, representing that Zepeda was granted release on bond on August 13, 2026, and was released that same day.[2] On August 21, 2026, Zepeda filed a notice of voluntary dismissal without prejudice, acknowledging that he is no longer in custody. Accordingly,

IT IS ORDERED that **this case is DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **The Clerk of Court is directed to CLOSE THIS CASE.**

IT IS FURTHER ORDERED that all pending motions **[ECF Nos. 4, 5, 6, 11] are DENIED as moot.**

U.S. District Judge Jennifer A. Dorsey
August 24, 2026

[1] ECF Nos. 1, 4, 5, 6.

[2] ECF No. 11.